IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


WILLIE GEORGE RANSOM,               *

        Plaintiff                   *

vs.                                 *
                                         CASE NO. 4:10-CV-57 (CDL)
Judge WILLIAM SMITH, et al.,        *

        Defendants                  *


ORDER ON REPORT AND RECOMMENDATION


    This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on June 23, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 30th day of August, 2010.


                        S/Clay D. Land
                         CLAY D. LAND
                      UNITED STATES DISTRICT JUDGE